941 A.2d 1258

COMMONWEALTH of Pennsylvania, Respondent,

v.

Phyllis BIVENS, Petitioner.

Supreme Court of Pennsylvania.

Jan. 4, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 4th day of January, 2008, the Petition for Allowance of Appeal is **GRANTED** and this matter is **RE-MANDED** to the Superior Court for consideration of *Commonwealth v. Dunlap*, 596 Pa. 147, 941 A.2d 671 (2007).